| | |
|---|---|
| 1 | Irene Yang (SBN 245464) |
| | yangi@howrey.com |
| 2 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 848-4900 |
| 4 | Facsimile: (415) 848-4999 |
| 5 | Thomas M. Dunham |
| | *Pro Hac Vice Admission Pending* |
| 6 | dunhamt@howrey.com |
| | J. Michael Woods |
| 7 | *Pro Hac Vice Admission Pending* |
| | woodsm@howrey.com |
| 8 | HOWREY LLP |
| | 1299 Pennsylvania Avenue NW |
| 9 | Washington, DC 20004 |
| | Tel: 202.783.0800 |
| 10 | Fax: 202.383.6610 |
| 11 | Attorneys for Defendant |
| | SUN MICROSYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| FUZZYSHARP TECHNOLOGIES, INC., | ) | Case No. 4:08-CV-4284-SBA |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO EXTEND SUN** |
| | ) | **MICROSYSTEMS, INC.'S TIME TO** |
| vs. | ) | **RESPOND TO PLAINTIFF'S COMPLAINT** |
| | ) | **FOR PATENT INFRINGEMENT;** |
| SUN MICROSYSTEMS, INC., | ) | **[PROPOSED] ORDER THEREON** |
| | ) | |
| Defendant. | ) | Judge: Hon. Saundra B. Armstrong |
| | ) | |

HOWREY LLP

Case No. 4:08-CV-4284-SBA
STIPULATION TO EXTEND DEFENDANT'S TIME TO
RESPOND TO COMPLAINT AND [PROPOSED] ORDER

DM_US:21714137_1

Defendant Sun Microsystems, Inc. ("Sun") and Plaintiff Fuzzysharp Technologies, Inc., through their respective counsel, without waiving any defenses or any matters that might be presented pursuant to the Federal Rules of Civil Procedure and applicable law, hereby submit this Stipulation to Extend Defendant Sun's Time to Respond to Plaintiff's Complaint for Patent Infringement.

Sun has requested and Plaintiff has agreed, to an extension to February 9, 2009, for Sun's time to answer or otherwise respond in any manner pursuant to the Federal Rules of Civil Procedure and applicable law to Plaintiff's Complaint for Patent Infringement.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 22, 2008                FINK & JOHNSON

                                        By: */s/ David Fink*
                                            David Fink
                                            Attorneys for Plaintiff
                                            FUZZYSHARP TECHNOLOGIES, INC.

Dated: December 22, 2008                HOWREY LLP

                                        By: */s/ Irene Yang*
                                            Irene Yang
                                            Attorneys for Defendant
                                            SUN MICROSYSTEMS, INC.

## [PROPOSED] ORDER

**AND NOW,** upon consideration of the parties' Stipulation to Extend Defendant Sun's Time to Respond to Plaintiff's Complaint for Patent Infringement, **IT IS HEREBY ORDERED** that Sun shall answer or otherwise respond to Plaintiff's Complaint for Patent Infringement no later than February 9, 2009.

Dated: 1/9/09                           *[signature]*
                                        Hon. Saundra B. Armstrong
                                        United States District Judge

HOWREY LLP

Case No. 4:08-CV-4284-SBA
STIPULATION TO EXTEND DEFENDANT'S TIME TO
RESPOND TO COMPLAINT AND [PROPOSED] ORDER

DM_US:21714137_1

# CERTIFICATION BY IRENE YANG PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1. I am an attorney licensed to practice law in the state of California, and an associate in the law firm of Howrey LLP, counsel for Defendant Sun Microsystems, Inc. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on December 22, 2008.

*/s/ Irene Yang*
Irene Yang