**David Fink (*pro hac vice*)**
**FINK & JOHNSON**
**7519 Apache Plume**
**Houston, TX 77071**
**Telephone: (713) 729-4991**
**Facsimile: (713) 729-4951**
**Email: federallitigation@comcast.net**

**Duncan M. McNeill (Cal. Bar No. 136416)**
**1514 Van Dyke Avenue**
**San Francisco, CA 94124**
**Telephone: (415) 752-5063**
**Email: dmcneill@netzero.net**
***Attorneys for Plaintiff***
***FuzzySharp Technologies, Incorporated***

**Thomas M. Dunham, Esq. (*pro hac vice*)**
**J. Michael Woods, Esq. (*pro hac vice*)**
**Howrey LLP**
**1299 Pennsylvania Avenue, NW**
**Washington, D.C. 20004**
**Telephone: (202) 383-7120**
**Facsimile: (202) 383-6610**
**Email: dunhamt@howrey.com**
**Email: woodsm@howrey.com**

**Irene Yang, Esq. (SBN 245464)**
**Howrey LLP**
**525 Market Street, STE 3600**
**San Francisco, CA 94105**
**Telephone: (415) 848-4900**
**Facsimile: (415) 848-4999**
**Email: yangi@howrey.com**
***Attorneys for Defendant and Counterclaimant***
***Sun Microsystems, Inc.***

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

FUZZYSHARP TECHNOLOGIES INCORPORATED,

Plaintiff,

vs.

SUN MICROSYSTEMS, INC.,

Defendant.

Case No.: 08-CV-4284 SBA

**STIPULATED DISMISSAL**

The Honorable Saundra Brown Armstrong

FuzzySharp Technologies, Inc. and Sun Microsystems, Inc. through their respective attorneys, hereby file this stipulated dismissal.

The respective parties request that this action be dismissed with prejudice, and that each party bears its own costs.

For the foregoing reasons, the parties request the Court to accept this Stipulation and the proposed Order being submitted herewith.

Respectfully submitted,

FINK & JOHNSON

Dated. May 22, 2009

By: /s/ *David Fink*
David Fink

*Attorney for Plaintiff*
*FuzzySharp Technologies, Incorporated*

Howrey LLP

Dated. May 22, 2009

By: /s/ *Thomas M. Dunham*
Thomas M. Dunham

*Attorney for Defendant*
*Sun Microsystems, Inc.*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David Fink, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 22, 2009 at Houston, Texas.

By: /s/ David Fink
David Fink

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SUN MICROSYSTEMS, INC.,<br><br>Defendant. | Case No.: 08-CV-4284 SBA<br><br>**STIPULATED CONDITIONAL DISMISSAL**<br><br>The Honorable Saundra Brown Armstrong |

**[PROPOSED] ORDER**

**AND NOW,** upon consideration of the parties' Stipulated Dismissal, **IT IS HEREBY ORDERED** that

This action is dismissed with prejudice and each party to bear its own costs.

Dated: 5/26/09

Hon. Saundra B. Armstrong
United States District Judge

HOWREY LLP